UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED:  9/9/2021 | |

RAMON HERNANDEZ and RAMONA
DOMINGUEZ, on behalf of themselves, FLSA
Collective Plaintiffs, and the Class,

                                        Plaintiffs,

                        -against-                                                    21 Civ. 6459 (AT)

TRINITY SCHOOL REALTY HOLDING                                          **ORDER**
CORPORATION d/b/a TRINITY SCHOOL, ISS
FACILITY SERVICES, INC., and JOHN DOES 1-
10,

                                        Defendants.

ANALISA TORRES, District Judge:

        The Court is in receipt of the parties' letters, both dated September 7, 2021. ECF Nos. 10,
11. Accordingly:

    1. Defendants' request for leave to move to dismiss the complaint, or otherwise compel
       arbitration, is GRANTED.
    2. By **October 14, 2021**, Defendants shall file their motion;
    3. By **November 4, 2021**, Plaintiffs shall file their opposition papers; and
    4. By **November 18, 2021**, Defendants shall file their reply, if any.

        SO ORDERED.

Dated: September 9, 2021
       New York, New York

                                                ANALISA TORRES
                                             United States District Judge